UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **ROBERT L. COUSINS, et al.,**      Plaintiffs,<br><br>v.<br><br>**TOWN OF TREMONT, et al.,**<br><br>     Defendants | )<br>)<br>)<br>)<br>)   No. 1:20-cv-00420-GZS<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 4, 2021, his Recommended Decision (ECF No. 7). Plaintiffs filed their Objection to the Recommended Decision (ECF No. 8) on March 23, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

   1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

   2. It is **ORDERED** that Plaintiffs' Complaint (ECF No. 1) is hereby **DISMISSED**.

                                              /s/George Z. Singal_____
                                              U.S. District Judge

Dated this 30th day of March, 2021.